**EXHIBIT A**

**Organizational Chart**

