**EXHIBIT D**

| | |
|---|---|
| CHANA RINGEL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>BENJAMIN RINGEL, et al.,<br><br>Defendants. | **SUPERIOR COURT OF NEW JERSEY**<br><br>**ARBITRATION BEFORE THE<br>HON. ROBERT P. CONTILLO (RET.)**<br><br>**DOCKET NOS.: OCN-C-152-16<br>OCN-C-127-15**<br><br><u>**Civil Action**</u><br><br>**ARBITRATION AWARD** |
| CHANA RINGEL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>BR LAKEWOOD, LLC, et al.,<br><br>Defendants. | |

These matters being brought before the Arbitrator by Giordano, Halleran & Ciesla, P.C. and Koffsky Schwalb LLC, attorneys for Plaintiffs, and Nagel Rice, LLP, attorneys for Defendants, and for the reasons set forth in the Arbitrator's decision, dated October 17, 2022, as modified by the Arbitrator's decisions dated June 12, 2023,

IT IS ON THIS 12th day of June, 2023

**O R D E R E D** as follows:

1. In the matter captioned <u>Chana Ringel, et al. v. Benjamin Ringel, et al.</u>, Docket No. OCN-C-152-16 (the "Oakridge Action"), Chana Ringel is awarded the sum of $685,960.30 against Benjamin Ringel as follows:

   a. Compensatory damages in the amount of $153,647.00; and

   b. Pre-judgment interest in the amount of $30,761.20; and

   c. Attorneys' fees and costs in the amount of $501,552.10.

2. In the matter captioned <u>Chana Ringel, et al. v. BR Lakewood, LLC, et al.</u>, Docket No. OCN-C-127-15 (the "Lakewood Action"), Chana Ringel and CR Lakewood, LLC are awarded the sum of $1,123,592.78 against Benjamin Ringel and BR Lakewood, LLC as follows:

   a. Compensatory damages in the amount of $918,111.86; and

   b. Pre-judgment interest in the amount of $205,480.92.

3. All other relief requested in this Arbitration of the Oakridge Action and the Lakewood Action that is not specifically granted herein is hereby **DENIED**.

_____
Robert P. Contillo, P.J.Ch. (Ret.)
Arbitrator

Dated: June 12, 2023