**EXHIBIT F**

FILED
APR 14 2022
CHAMBERS OF
FRANCIS R. HODGSON, JR. P.J. Ch
SUPERIOR COURT OCEAN COUNTY

| | |
|---|---|
| CHANA RINGEL AND CR LAKEWOOD, INDIVIDUALLY, AND DERIVATIVELY ON BEHALF OF BCR LAKEWOOD HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>BR LAKEWOOD, LLC AND BENJAMIN RINGEL,<br><br>Defendants, | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION:OCEAN COUNTY<br><br>Civil Action<br><br>HON. FRANCIS R. HODGSON, JR.<br>P.J., Ch.<br><br>Docket No. OCN-C-127-15 |
| CHANA RINGEL, INDIVIDUALLY, AND DERIVATIVELY ON BEHALF OF BCR OAKRIDGE, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN RINGEL, SUNSET HILL OAKRIDGE PLAZA, LLC, JOHN DOES 1-10, AND ABC CORPORATION 1-10,<br><br>Defendants. | Docket No. OCN-C-152-16<br><br>STIPULATION |

Defendants BR Lakewood, LLC, Sunset Hill Oakridge Plaza, LLC and Benjamin Ringel (collectively, "Defendants"), Plaintiffs Chana Ringel and CR Lakewood, LLC, individually, and derivatively on behalf of BCR Lakewood Holdings, LLC, and Chana Ringel, individually and derivatively on behalf of BCR Oakridge, LLC (collectively, "Plaintiffs") and Rushmore Capital, LLC ("Rushmore"), by and through their undersigned counsel, hereby Stipulate and Agree as follows:

1. The closing on the Pinewood Property that is the subject of the above-captioned matters is hereby stayed;

2. The stay outlined in Paragraph 1 above shall continue until Defendants' current appeal, pending before the Appellate Division, Docket No. A-0370-21T2, is resolved by the Appellate Division;

3. Within fourteen (14) days of the Escrow Agent's receipt of this executed Stipulation, the Escrow Agent shall return to Rushmore its $2.5 million deposit paid to the Escrow Agent on or about February 23, 2022 in accordance with the Sale Agreement, together with any interest;

4. Should the Appellate Division reverse or vacate the Court's August 25, 2021 Order, no sale to or closing in favor of Rushmore will occur, subject to any additional proceedings and/or court orders;

5. Should Rushmore prevail after resolution of Defendants' appeal, then Rushmore shall tender its $2.5 million deposit within five (5) days of entry of the order by the Appellate Division and have sixty (60) days from entry of the order by the Appellate Division to close on the Pinewood Property; and

6. Defendants, and their related entities, and Plaintiffs, and their related entities, expressly reserve their rights against one another. This Stipulation is not intended to affect those rights as all rights are reserved.

2

DATED: April 13, 2022

/s/ Angelo A. Stio III
Angelo A. Stio III
TROUTMAN PEPPER HAMILTON
SANDERS LLP
301 Carnegie Center, Suite 400
Princeton, New Jersey 08540
(609) 452-0808
angelo.stio@troutman.com

Attorneys for Rushmore Capital, LLC

/s/ Matthew N. Fiorovanti
Matthew N. Fiorovanti
GIORDANO, HALLERAN & CIESLA
125 Half Mile Road, Suite 300
Red Bank, New Jersey 07701
(732) 741-3900

Efrem Schwalb
KOFFSKY SCHWALB LLC
500 Seventh Avenue, 8th Floor
New York, New York 10018

Attorneys for Plaintiffs Chana Ringel and CR
Lakewood, LLC, individually, and
derivatively on behalf of BCR Lakewood
Holdings, LLC and Chana Ringel,
individually and derivatively on behalf of
BCR Oakridge, LLC

Peter C. Harvey
PATTERSON BELKNAP WEBB & TYLER
LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000
pcharvey@pbwt.com

Attorneys for Defendants BR Lakewood, LLC,
Sunset Hill Oakridge Plaza, LLC and
Benjamin Ringel

So Ordered:

Hon. Francis J. Hodgson, Jr., P.J.Ch.

3