# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−7 | User: admin | Date Created: 9/8/2023 |
| Case: 23−22655−shl | Form ID: 309F1 | Total: 13 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | BCR Pinewood Realty LLC | 301 South Livingston Avenue | c/o Armstrong Capital Management   Livingston, NJ 08735 |
| ust | United States Trustee | Office of the United States Trustee − NY | Alexander Hamilton Custom House   One Bowling Green, Room 534   New York, NY 10004−1408 |
| aty | Andrew K. Glenn | Glenn Agre Bergman & Fuentes LLP | 1185 Avenue of the Americas   22nd Floor   New York, NY 10036 |
| smg | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101−7346 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201−0551 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300   Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit   86 Chambers Street, Third Floor   New York, NY 10007 |
| 8222838 | Atalaya Asset Management | Attn: Ivan Zinn | One Rockefeller Center   32nd floor   New York, NY 10020 |
| 8222843 | Chana Ringel | c/o Koffsky Schwalb LLC | Attn: Efrem Schwalb   500 Seventh Avenue   New York, NY 10018 |
| 8222841 | Citizens Savings Bank f/k/a Investors Savings Bank | Attn: Greg Chassapis | 101 JFK Pkwy   Short Hills, NJ 07078 |
| 8222839 | Cohen Tauber Spievack & Wagner PC | Attn: Stephen Wagner | 420 Lexington Avenue   Suite 2400   New York, NY 10170 |
| 8222842 | JDWC LLC | c/o Rosenberg & Estis, P.C. | Attn: Michael Lefkowitz   733 Third Avenue   New York, NY 10017 |
| 8222840 | Ladder Capital Corp. | Attn: Brian Harris | 320 Park Avenue   15th Floor   New York, NY 10022 |

TOTAL: 13