UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| BCR PINEWOOD REALTY LLC, | Case No. 23-22655 |
| Debtor. | |

# NOTICE OF HEARING

PLEASE TAKE NOTICE, that a hearing will be held on October 24, 2023 at 10 a.m. (the "Hearing") before the Honorable Sean H. Lane, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601-4140, to consider the motion of Chana Ringel and CR Lakewood LLC (filed under ECF Dkt. No. 8) to dismiss this case under sections 1112 of the Bankruptcy Code, or alternatively to lift the automatic stay pursuant to Section 362 of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE, that objections, if any, must be in writing, served upon the undersigned, and filed with the Clerk of the Bankruptcy Court, with a courtesy copy to the Honorable Sean H. Lane' chambers, so as to be received at least seven (7) days prior to the Hearing date.

Dated: September 21, 2023

KOFFSKY SCHWALB LLC

/s Efrem Schwalb
Efrem Schwalb
Bruce Weiner
Tal S. Benschar
500 Seventh Avenue, 8th Floor
New York, NY 10016
Tel.: 646.553.1590
Fax: 646.553.1591