Michael R. Yellin, Esq.
Krista L. Kulp, Esq.
**COLE SCHOTZ P.C.**
1325 Avenue of the Americas
19th Floor
New York, NY 10019
212-752-8000
myellin@coleschotz.com
kkulp@coleschotz.com

*Attorneys for LMEZZ 250 W90 LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BCR PINEWOOD REALTY, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-22655 (SHL) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS BY KRISTA L. KULP ON BEHALF OF LMEZZ 250 W90 LLC

**PLEASE TAKE NOTICE** that LMEZZ 250 W90 LLC ("LMEZZ 250"), hereby appears in the above-captioned case by and through its counsel Cole Schotz P.C. pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and requests that all notices given or required to be given and all papers served in these cases be delivered to and served upon the counsel identified below at the following address:

>COLE SCHOTZ P.C.
>Attention: Krista L. Kulp
>1325 Avenue of the Americas
>19th Floor
>New York, NY 10019
>212-752-8000
>Telephone: (201) 525-6222
>Facsimile: (201) 678-6222
>Email: kkulp@coleschotz.com
>
>*Attorneys for LMEZZ 250 W90 LLC*

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, requests, suggestions, complaint with demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which may affect or seek to affect in any way the rights and interests of the creditors with respect to the Debtors or property or proceeds thereof in which the Debtors or LMEZZ 250 may claim an interest, including any adversary proceedings filed in this matter.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance, and any subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed, to waive LMEZZ 250's: (i) right to have final orders in non-core matters entered only after de novo review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or

46909/0153-46159115

recoupments to which LMEZZ 250 is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: September 26, 2023

/s/ Krista Kulp
Michael R. Yellin, Esq.
Krista L. Kulp, Esq.
**COLE SCHOTZ P.C.**
1325 Avenue of the Americas
19th Floor
New York, NY 10019
212-752-8000
myellin@coleschotz.com
kkulp@coleschotz.com

*Attorneys for LMEZZ 250 W90 LLC*

46909/0153-46159115