Andrew K. Glenn
Jed I. Bergman
Malak S. Doss
Margaret J. Lovric
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600

*Proposed Counsel to the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BCR PINEWOOD REALTY LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-22655 |

**OMNIBUS CERTIFICATE OF SERVICE**

I, MARGARET J. LOVRIC, certify under penalty of perjury, the following:

- On September 14, 2023, I caused true and correct copies of the following filings to be served via First Class Mail upon the parties identified on the service list attached hereto as **Exhibit A**:

    - *Chapter 11 Voluntary Petition of BCR Pinewood Realty LLC* [Dkt. No. 1]
    - *Declaration of Benjamin Ringel Pursuant to Local Bankruptcy Rule 1007-2* [Dkt. No. 2]
    - *Corporate Ownership Statement and List of Equity Securities Holders Pursuant to Fed. R. Bankr. P. 1007(a)(1), 1007(a)(3), and 7007.1* [Dkt. No. 4]
    - *Order Scheduling Initial Case Conference* [Dkt. No. 5]
    - *Debtor's Application to Extend Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs* [Dkt. No. 7]

- On September 22, 2023, a true and correct copy of the *Debtor's Application for Entry of An Order Authorizing the Retention and Employment of Glenn Agre Bergman & Fuentes LLP As Counsel Nunc Pro Tunc to September 7, 2023* [Dkt. No. 11] was filed electronically with the Clerk of the Court using the CM/ECF system, and all interested parties of record were electronically served via CM/ECF. I further certify that on September 22, 2023, I caused true and correct copies of the foregoing filing to be served via First Class Mail upon the parties identified on the service list attached hereto as **Exhibit A**.

Dated: September 26, 2023
New York, New York

*/s/ Margaret J. Lovric*
Margaret J. Lovric

# EXHIBIT A

## Via First Class Mail

| | |
|---|---|
| Atalaya Asset Management<br>Attn: Ivan Zinn<br>One Rockefeller Center<br>32nd floor<br>New York, NY 10020 | Cohen Tauber Spievack & Wagner PC<br>Attn: Stephen Wagner<br>420 Lexington Avenue, Suite 2400<br>New York, NY 10170 |
| Ladder Capital Corp.<br>Attn: Brian Harris\<br>320 Park Avenue<br>15th floor<br>New York, NY 10022 | Citizens Savings Bank f/k/a Investors Savings Bank<br>Attn: Greg Chassapis<br>101 John F Kennedy Pkwy<br>Short Hills, NJ 07078 |
| JDWC LLC c/o Rosenberg & Estis, P.C.<br>Attn: Michael Lefkowitz<br>733 Third Avenue<br>New York, NY 10017 | Chana Ringel c/o Koffsky Schwalb LLC<br>Attn: Efrem Schwalb<br>500 Seventh Avenue<br>New York, NY 10018 |
| Office of the United States Trustee<br>Attn: Shara Cornell, Esq.<br>201 Varick Street<br>Room 1006<br>New York, NY 10014 | |