**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BCR PINEWOOD REALTY LLC,<br><br>Debtor. | ) Chapter 11<br>)<br>) Case No. 23-22655 (SHL)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE AND REQUEST FOR**
**NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Bielli & Klauder, LLC and Unruh Turner Burke & Frees hereby enter their appearance pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. § 102(1) and all other applicable law as counsel of record for Citizens Bank, N.A., successor by merger to Investors Savings Bank, in the above-referenced case, and hereby request that copies of all notices and pleading given or filed in this case be given and served upon the following:

| Thomas D. Bielli<br>**BIELLI & KLAUDER, LLC**<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>Phone: (215) 642-8271<br>Email: tbielli@bk-legal.com | Kristen W. Ladd<br>**UNRUH TURNER BURKE & FREES**<br>P.O. Box 515<br>17 West Gay Street<br>West Chester, PA 19381<br>Phone: (484) 653-2233<br>Email: kladd@utbf.com |
|---|---|

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-referenced case and all proceedings therein.

|  |  |
|---|---|
| Dated: September 28, 2023 | **BIELLI & KLAUDER, LLC**<br><br>*/s/ Thomas D. Bielli*<br>Thomas D. Bielli, Esq. (ID No. 5831474)<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>Phone: (215) 642-8271<br>Email: tbielli@bk-legal.com<br><br>and<br><br>**UNRUH TURNER BURKE & FREES**<br><br>Kristin W. Ladd, Esq.<br>P.O. Box 515<br>17 West Gay Street<br>West Chester, PA 19381<br>Phone: (484) 653-2233<br>Email: kladd@utbf.com<br><br>*Counsel to Citizens Bank, N.A.,*<br>*successor by merger to Investors Savings Bank* |