# Exhibit A

## Budget

# BCR Pinewood Realty LLC - Estimated Cash Collateral Budget

| | September | October | November | TOTALS |
|---|---:|---:|---:|---:|
| **AUTO EXPENSES** | | | | |
| Auto Fuel | $ 300.00 | $ 300.00 | $ 300.00 | $ 900.00 |
| Auto Expense | $ 100.00 | $ 100.00 | $ 100.00 | $ 300.00 |
| **VARIOUS FEES** | | | | |
| Bank Fees | $ 150.00 | $ 150.00 | $ 150.00 | $ 450.00 |
| Credit Checks | $ 120.00 | $ 120.00 | $ 120.00 | $ 360.00 |
| Inspection Fees | $ 500.00 | $ 500.00 | $ 1,000.00 | $ 2,000.00 |
| Management Fees | $ 18,000.00 | $ 18,000.00 | $ 18,000.00 | $ 54,000.00 |
| **INSURANCE** | | | | |
| Insurance | $ 18,300.00 | $ 18,300.00 | $ 18,300.00 | $ 54,900.00 |
| **OFFICE & ADMINISTRATION** | | | | |
| Answering Service | $ 200.00 | $ 200.00 | $ 200.00 | $ 600.00 |
| Office Supplies & Expense | $ 200.00 | $ 200.00 | $ 200.00 | $ 600.00 |
| Holiday Gifts | | | $ 2,500.00 | $ 2,500.00 |
| **PAYROLL, PAYROLL TAXES AND BENEFITS** | | | | |
| Payroll | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 75,000.00 |
| Payroll Taxes | $ 8,333.00 | $ 8,400.00 | $ 9,000.00 | $ 25,733.00 |
| Payroll Processing Fees | $ 500.00 | $ 300.00 | $ 500.00 | $ 1,300.00 |
| Health Insurance | $ 18,500.00 | $ 18,500.00 | $ 18,500.00 | $ 55,500.00 |
| **PROPERTY PROFESSIONAL FEES** | | | | |
| Legal Fees | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 15,000.00 |
| Engineering Fees | $ - | $ - | $ 11,000.00 | $ 11,000.00 |
| **TAXES** | | | | |
| Real Estate Taxes | $ - | $ - | $ 115,000.00 | $ 115,000.00 |
| **UTILITIES** | | | | |
| Boiler Communication | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 4,800.00 |
| Electricity | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 6,000.00 |
| LVG Gas | $ 25,000.00 | $ 25,000.00 | $ 27,000.00 | $ 77,000.00 |
| Sewer | $ 5,500.00 | $ 5,500.00 | $ 5,500.00 | $ 16,500.00 |
| Telephone | $ 150.00 | $ 150.00 | $ 200.00 | $ 500.00 |
| Water | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 30,000.00 |
| Water Surcharge | $ - | $ 37,500.00 | $ - | $ 37,500.00 |
| **REPAIRS AND MAINTENANCE** | | | | |
| Equipment - Fire Alarm | $ 500.00 | $ 500.00 | $ 500.00 | $ 1,500.00 |
| Exterminator | $ 1,000.00 | $ 1,000.00 | $ 500.00 | $ 2,500.00 |
| Landscaping - Regular service | $ 4,000.00 | $ 4,000.00 | $ - | $ 8,000.00 |
| Refuse Removal | $ 3,850.00 | $ 4,450.00 | $ 3,850.00 | $ 12,150.00 |
| Improvements - Hot Water Heater | $ - | $ 10,000.00 | $ - | $ 10,000.00 |
| Improvements - Appliances | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 15,000.00 |
| Improvements - Cabinets | $ 3,000.00 | $ 3,300.00 | $ 3,000.00 | $ 9,300.00 |
| Improvements - Countertops | $ - | $ 500.00 | $ - | $ 500.00 |
| Improvements - Flooring | $ 1,000.00 | $ 1,000.00 | $ 500.00 | $ 2,500.00 |
| Improvements - Lighting | $ 200.00 | $ 300.00 | $ 200.00 | $ 700.00 |
| Improvements - Doors | $ 200.00 | $ 300.00 | $ 300.00 | $ 800.00 |
| Fire Equipment Service | $ - | $ 700.00 | $ - | $ 700.00 |
| Locksmith | $ - | $ 500.00 | $ - | $ 500.00 |
| Sewer Service and Repair | $ - | $ 500.00 | $ - | $ 500.00 |
| Repair - Electric | $ 600.00 | $ 600.00 | $ 600.00 | $ 1,800.00 |
| Repair - Paving | $ - | $ 3,000.00 | $ - | $ 3,000.00 |
| Repair - Roofing | $ - | $ 1,500.00 | $ - | $ 1,500.00 |
| Repair - Kitchen Floor | $ - | $ 1,000.00 | $ - | $ 1,000.00 |
| Repair - Floor Refinishing | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 3,000.00 |
| Repair - Appliances | $ 500.00 | $ - | $ 500.00 | $ 1,000.00 |
| Painting and Plastering | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 6,000.00 |
| Supplies - Building Materials | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 4,500.00 |
| Supplies - Electrical | $ 350.00 | $ - | $ 1,000.00 | $ 1,350.00 |
| Supplies - Hardware | $ 500.00 | $ - | $ 1,000.00 | $ 1,500.00 |
| Supplies - Janitorial | $ 300.00 | $ 300.00 | $ 100.00 | $ 700.00 |
| Supplies - Painting | $ 500.00 | $ 500.00 | $ 500.00 | $ 1,500.00 |
| Supplies - Plumbing | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 9,000.00 |
| Supplies - Tile | $ - | $ 1,000.00 | $ - | $ 1,000.00 |
| Repair - Windows | $ 250.00 | $ 250.00 | $ - | $ 500.00 |
| New Windows | $ 700.00 | $ 700.00 | $ 700.00 | $ 2,100.00 |
| **OTHER** | | | | |
| Debtor Counsel Fees | $ 150,000.00 | $ 150,000.00 | $ 150,000.00 | $ 450,000.00 |
| **TOTAL ESTIMATES** | **$ 319,403.00** | **$ 375,220.00** | **$ 446,920.00** | **$ 1,141,543.00** |