UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BCR PINEWOOD REALTY LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-22655 |

## CERTIFICATE OF SERVICE

EFREM SCHWALB declares that:

1. I am a partner in Koffsky Schwalb LLC, counsel for Interested Parties Chana Ringel and CR Lakewood LLC.

2. I served copies of the Motion to Dismiss (Dkt. 8, 8-1, 8-2, 8-3, 8-4), Motion to Shorten Time (Dkt. 9, 9-1, 9-2) and Notice of Hearing (Dkt. 10) on the following creditors or other interested parties by the methods indicated and on the dates indicated:

**VIA US MAIL – PRIORITY MAIL**

| | |
|---|---|
| US Trustee<br>Alexander Hamilton US Customs House<br>1 Bowling Green, Room 534<br>NY, NY 10004<br>Attn: Shara Cornell, Esq. | September 29, 2023 |
| Citizens Bank<br>One Citizens Plaza<br>Providence, RI 02903<br>Attention: Legal Dept. | September 29, 2023 |
| BR Lakewood LLC<br>90 Merrall Drive<br>Lawerence, New York 11559 | September 29, 2023 |

**VIA EMAIL (WITH CONSENT OF SUCH PARTIES)**

| | |
|---|---|
| Atalaya Asset Management<br>c/o Kaplan Rice LLP<br>142 West 57th Street, Suite 4A<br>New York, New York 10019<br>hkaplan@kaplanrice.com | September 22, 2023 |
| Rushmore Capital LLC<br>c/o Troutman Pepper Hamilton Sanders LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103<br>Angelo.Stio@troutman.com;<br>Avrohom.Einhorn@troutman.com | September 22, 2023 |
| Cohen Tauber Spievack & Wagner PC<br>420 Lexington Avenue, Suite 2400<br>New York, NY 10170<br>jdavis@ctswlaw.com;<br>swagner@ctswlaw.com;<br>GGuo@ctswlaw.com | September 22, 2023 |
| LMEZZ 250 W90 LLC and Ladder Capital Corp.<br>c/o Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>MYellin@coleschotz.com | September 22, 2023 |
| JDWC LLC<br>c/o Giordano, Halleran & Ciesla, PC<br>125 Half Mile Road, Suite 300<br>Red Bank, NJ 07701<br>dcampbell@ghclaw.com | September 22, 2023 |

**VIA EMAIL**

| | |
|---|---|
| N.Y. State Unemployment Insurance Fund,<br>P.O. Box 551<br>Albany, NY 12201-0551<br>labor.sm.ui.bankruptcy@labor.ny.gov | October 2, 2023 |
| New York State Tax Commission,<br>Bankruptcy/Special Procedures Section<br>P.O. Box 5300 | October 2, 2023 |

| | |
|---|---|
| Albany, NY 12205-0300<br>nys.dtf.bncnotice@tax.ny.gov | |
| United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit<br>86 Chambers Street, Third Floor<br>New York, NY 10007-1825<br>USANYS.Bankruptcy@usdoj.gov | October 2, 2023 |
| | |

3. I declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. 1746.

Dated: October 2, 2023

*Efrem Schwalb*
_____
Efrem Schwalb