UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X
In re:                                      :    Chapter 11
                                            :
BCR PINEWOOD REALTY LLC,                    :    Case No. 23-22655 (SHL)
                                            :
                                  Debtors.  :
-----------------------------------------------------X

## NOTICE OF ADJOURNMENT AND INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS

The Section 341 Meeting of Creditors for the above-captioned case will be adjourned to a date to be determined (the "Designated Meeting Time"). The meeting will be conducted by telephone conference.

All parties shall appear by phone at the section 341 meeting at the Designated Meeting Time in accordance with the instructions below.

**Call-in Information**:

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

**Meeting Dial-in No: (877) 496-9126, and when prompted, enter the Participant Code: 8354206 followed by #.**

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

Date: October 12, 2023

    Respectfully submitted,

    WILLIAM K. HARRINGTON
    UNITED STATES TRUSTEE

By:    /s/ *Shara Cornell*
    Shara Cornell
    Trial Attorney
    U.S. Department of Justice
    Office of the United States Trustee