**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 23–22655 (SHL) |
| BCR PINEWOOD REALTY LLC, | ) <br> ) |
| Debtor. | ) <br> ) |

**ORDER EXTENDING TIME TO FILE SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

Upon the application (the "Application")[1] of BCR Pinewood Realty LLC, as debtor and debtor in possession (the "Debtor") in the above captioned Chapter 11 case pursuant to sections 105(a) and 521(a) of the Bankruptcy Code, Rules 1007(c) and 9006(b) of the Bankruptcy Rules, and Local Rule 9006-2, for entry of an order extending the 14-day period to file the Schedules and Statement, all as more fully set forth in the Application; and this Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Application and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided, and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Application and upon any hearing held on the Application; and all objections, if any, to the Application having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and it appearing that the relief

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

requested in the Application is in the best interests of the Debtor, its estate, its creditors, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted to the extent set forth herein.

2. Pursuant to sections 105(a) and 521(a) of the Bankruptcy Code, Bankruptcy Rules 1007(c) and 9006(b), and Local Rule 9006-2, the time by which the Debtor shall file its Schedules and Statement is extended by an additional fourteen (14) days, through and including October 5, 2023, without prejudice to the Debtor's right to seek further extensions upon a showing of cause therefor.

3. The Debtor is authorized to take all reasonable actions necessary to effectuate the relief granted in this Order.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: October 12, 2023
      White Plains, New York

*/s/ Sean H. Lane*
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE