**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BCR PINEWOOD REALTY LLC,<br><br>Debtor. | ) Chapter 11<br>)<br>) Case No. 23–22655 (SHL)<br>)<br>)<br>)<br>) |

## ORDER ADJOURNING INITIAL CASE
## CONFERENCE AND HEARING ON MOTION TO DISMISS

Upon the application (the "Application")[1] of BCR Pinewood Realty LLC, as debtor and debtor in possession (the "Debtor") in the above captioned Chapter 11 case pursuant to section 105(a) of the Bankruptcy Code, for entry of an order adjourning the Hearing and the briefing deadlines relating to the Motion to Dismiss; and this Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Application and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided, and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Application and upon any hearing held on the Application; and all objections, if any, to the Application having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and it appearing that the relief requested in the Application is in the best interests of the Debtor, its estate, its creditors, and all

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted to the extent set forth herein.

2. The Hearing shall be adjourned to **October 31, 2023 at 10:00 a.m.** (the "Adjourned Hearing") and will be conducted by the undersigned Bankruptcy Judge using **Zoom For Government (SHL)**.

3. The objection deadline as to the Motion to Dismiss is extended to October 23, 2023 at 12:00 p.m. and the deadline for any reply papers filed in support of the Motion to Dismiss is extended to October 27, 2023 at 12:00 p.m.

4. The Debtor is authorized to take all reasonable actions necessary to effectuate the relief granted in this Order.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: October 17, 2023
      White Plains, New York

                                      ***/s/ Sean H. Lane***
                                      THE HONORABLE SEAN H. LANE
                                      UNITED STATES BANKRUPTCY JUDGE