**GIORDANO, HALLERAN & CIESLA, P.C.**
*Counsel for JDWC, LLC*
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
(732) 741-3900 (tel.)
dcampbell@ghclaw.com
Donald F. Campbell, Jr., Esq

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BCR PINEWOOD REALTY, LLC., | : | Case No.: 23-22655-shl |
| | : | |
| | : | |
| Debtor. | x | |

-------------------------------------------------------------

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Donald F. Campbell, Jr., Esq., to be admitted, ***pro hac vice***, to

represent JDWC, LLC (the "Client"), an interested party, and upon the movant's certification

that the movant is a member in good standing of the bar in the State of New Jersey and, if

applicable, the bar of the U.S. District Court for the District of New Jersey, it is hereby

**ORDERED**, that Donald F. Campbell, Jr., Esq., is admitted to practice, ***pro hac vice***, in

the above referenced case to represent the Client, in the United States Bankruptcy Court for the

Southern District of New York, provided that the filing fee has been paid.

Dated:  October 20, 2023
   White Plains          , New York

/s/ ***Sean H. Lane***
_____

UNITED STATES BANKRUPTCY JUDGE