| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **ARMSTRONG NEW WEST RETAIL LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **16-23086** |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 13, 2016**   X **/s/ BENJAMIN RINGEL, SOLE EQUITY MEMBER**
Signature of individual signing on behalf of debtor

**BENJAMIN RINGEL, SOLE EQUITY MEMBER**
Printed name

**OF AC NW RETAIL INVESTMENT LLC, SOLE MEMBER OF DEBTOR**
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re  **ARMSTRONG NEW WEST RETAIL LLC**  
Debtor(s)

Case No. **16-23086**  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| AC NW RETAIL INVESTMENT LLC<br>149 MADISON AVENUE<br>8TH FLOOR<br>New York, NY 10016 | | 100% | EQUITY |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **OF AC NW RETAIL INVESTMENT LLC, SOLE MEMBER OF DEBTOR** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 13, 2016**  
Signature **/s/ BENJAMIN RINGEL, SOLE EQUITY MEMBER**  
**BENJAMIN RINGEL, SOLE EQUITY MEMBER**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders  
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re **ARMSTRONG NEW WEST RETAIL LLC**     Case No. **16-23086**
Debtor(s)     Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the OF AC NW RETAIL INVESTMENT LLC, SOLE MEMBER OF DEBTOR of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 13, 2016**     **/s/ BENJAMIN RINGEL, SOLE EQUITY MEMBER**
**BENJAMIN RINGEL, SOLE EQUITY MEMBER/OF AC NW RETAIL INVESTMENT LLC, SOLE MEMBER OF DEBTOR**
Signer/Title