UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| BCR PINEWOOD REALTY LLC, | Case No. 23-22655 |
| Debtor. | |

# ORDER DISMISSING CHAPTER 11 CASE

Upon the motion (the "Motion") [Docket No.8, 8-1, 8-2, 8-3, 8-4 and 10] of Chana Ringel and CR Lakewood LLC, for, among other things, entry of an order in accordance with section 1112 of title 11 of the United States Code, dismissing the above-captioned Chapter 11 case; and adequate notice of the Motion and opportunity for response having been given; and it appearing that no other notice need be given; and the Court having considered the Motion and the objections and responses thereto; and upon the record herein; and after due deliberation and sufficient cause appearing therefor, and for the reasons stated on the record at the hearing held on October 31, 2023,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned debtor's Chapter 11 case is hereby dismissed, effective immediately upon entry of this Order.

3. The Clerk of the Court shall note the dismissal on the docket.

Dated: November 13, 2023
      White Plains, New York

                                                                  */s/ Sean H. Lane*
                                                                  THE HONORABLE SEAN H. LANE
                                                                  UNITED STATES BANKRUPTCY JUDGE