**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

| | |
|---|---|
| IN RE: BCR Pinewood Realty LLC | CASE NO.: 23−22655−shl |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 27−5037075 | CHAPTER: 11 |

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Sean H. Lane in this Chapter 11 case.

BCR Pinewood Realty LLC was dismissed from the case on November 13, 2023 .

| | |
|---|---|
| Dated: November 13, 2023 | Vito Genna<br>Clerk of the Court |